IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES J. LEMMERT AND REBECCA LEMMERT, HIS WIFE, | ) ) ) | No. 2:12-cv-00536-GLL |
| Plaintiffs, | ) ) | Gary L. Lancaster Chief Judge |
| v. | ) ) ) | |
| WHEMCO STEEL CASTINGS, INC., | ) | |
| Defendant. | | |

## ORDER OF COURT

AND NOW, to-wit, this ___ day of November, 2012, the Stipulation for Dismissal filed by Plaintiffs James J. Lemmert and Rebecca Lemmert, his wife and Defendant WHEMCO Steel Castings, Inc. is hereby approved and this civil action is dismissed with prejudice subject to the terms of said Stipulation.

BY THE COURT:

_____
Hon. Gary L. Lancaster
United States District Judge